■ STANLEY G. ASHCRAFT, Respondent, v VICKI L. ASHCRAFT, Appellant. (Appeal No. 1.) [601 NYS2d 890] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Vacate Stipulation.) Present—Denman, P. J., Balio, Lawton, Doerr and Boehm, JJ.